BRITTANY L. PRIMAVERA
BPRIMAVERA@GRSM.COM



**GRSM50**
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

May 15, 2025

**VIA ECF**
Hon. Judge Kenneth M. Karas, U.S.D.J.
United States District Court
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

>   Re:   *Blackwood v. American Sugar Refining, Inc. et al.*
>         Case No.: 7:24-cv-09397

Your Honor:

Our firm represents defendants the above-referenced matter. We write, with the consent of Plaintiff's counsel and pursuant to Your Honor's Individual Rules of Practice, to respectfully request an adjournment of the initial conference currently scheduled for May 30, 2025. We respectfully request that the initial conference be adjourned to June 13, 2025, or such other date that is convenient for the Court. This is the first request by the parties. No other scheduled dates will be affected by these adjournments.

We thank the Court for its consideration of this request.

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

*/s/ Brittany L. Primavera*
Brittany L. Primavera, Esq.

Cc:   All Counsel of Record (*via* ECF)

Granted. The teleconference will go forward on 6/13/25 at 10:30 AM

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.
5/16/2025